IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| James D. Scott, | ) | C/A No. 0:16-533-BHH-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| South Carolina Department of Corrections; | ) | |
| Warden Robert Stevenson, III; Warden Cecilia | ) | |
| Reynolds; Chaplain B. Collough; Chaplain J. | ) | |
| Michael Brown; Chaplain Leonard Cain; | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff, who is represented by counsel, filed this matter alleging violations of his civil rights by the named defendants. The defendants filed a motion for summary judgment on November 10, 2016, pursuant to the Federal Rules of Civil Procedure. (ECF No. 25.) As of the date of this order, the plaintiff has failed to respond to the defendants' motion in accordance with Local Civil Rule 7.06 (D.S.C.). As such, it appears to the court that he does not oppose this motion and wishes to abandon this action.

Based on the foregoing, it is

**ORDERED** that the plaintiff shall advise the court as to whether he wishes to continue with this action and to file a response to the defendants' motion for summary judgment within ten (10) days from the date of this order. Plaintiff is further advised that if he fails to respond, this matter may be decided on the record presented in support of the defendants' motion, see Local Civil Rule 7.06 (D.S.C.), or may be recommended for dismissal with prejudice for failure to prosecute. See Davis v. Williams, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

*PJG*

**IT IS SO ORDERED.**

_____

December 2, 2016  Paige J. Gossett
Columbia, South Carolina  UNITED STATES MAGISTRATE JUDGE